1

2

3

4

5

6

7

8

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON AT SEATTLE**

9

10

11

12

13

| NORTHWEST LABORERS-EMPLOYERS HEALTH & SECURITY TRUST, WESTERN WASHINGTON LABORERS-EMPLOYERS PENSION TRUST, NORTHWEST LABORERS-EMPLOYERS TRAINING TRUST, and WASHINGTON AND NORTHERN IDAHO DISTRICT COUNCIL OF LABORERS | NO. COMPLAINT FOR BREACH OF COLLECTIVE BARGAINING AGREEMENT |
|---|---|

14

Plaintiffs

v.

15

NORTHWEST BARRIER, LLC

16

Defendant

17

18

COME NOW PLAINTIFFS, and for their cause of action, allege as follows:

19

1.  Plaintiffs Northwest Laborers-Employers Health & Security Trust, Western Washington

20

Laborers-Employers Pension Trust, and Northwest Laborers-Employers Training Trust (Trust

21

Funds) are joint labor-management employee benefit trust funds created pursuant to § 302(c)(5)

22

of the Labor-Management Relations Act (the Act), 29 U.S.C. § 186(c)(5) and bring this action in

COMPLAINT FOR BREACH OF
COLLECTIVE BARGAINING AGREEMENT—1

**Law Offices of**
**Mary L. Stoll**
A Professional Limited Liability Company
2033 Sixth Avenue — Suite 815
Seattle, WA  98121-2573
Telephone 206-623-2855
Fax 206-667-9805

1   accordance with §§ 502(d)(1),502(a)(3) and 515 of the Employee Retirement Income Security

2   Act of 1974 (ERISA), 29 U.S.C. § 1001, et seq.

3       2.   Plaintiff Washington and Northern Idaho District Council of Laborers and its affiliated

4   Union locals (Union) is a labor organization that has its principal office located at 3909 164th

5   Street SW, Lynnwood, Washington.

6       3.   Defendant Northwest Barrier, LLC (Employer) is engaged in business within the

7   jurisdiction of this Court, and such business affects commerce within the meaning of § 301(a) of

8   the Act, 29 U.S.C. § 185(a).

9       4.   Jurisdiction is conferred on this Court by § 301(a) of the Act, 29 U.S.C. § 185(a) and

10  §§ 502(a)(3) and 502(e)(2) of ERISA, 29 U.S.C. § 1132(a)(3) and § 1132(e)(2).

11      5.   At all times material the Employer and the Union and its affiliated Local No. 252 were

12  parties to a collective bargaining agreement (Labor Agreement) and Trust agreements, material

13  parts of which are attached to this Complaint as Exhibits A and B, respectively.  Plaintiff Trust

14  Funds are third-party beneficiaries to the Labor Agreement.

15      6.   The Employer has failed to abide by the terms and conditions set forth in the Labor

16  Agreement and Trust Agreements and is and continues to be delinquent in the payment of fringe

17  benefit contributions, dues, and other wage deductions in an unknown amount for the period

18  January 2011.  In addition, the Employer is and continues to be delinquent in the payment of

19  fringe benefit contributions, dues, and other wage deductions in the known amount of $84,074.07

20  covering the period June through December 2010.  As a result of this delinquency, the Employer

21  also owes liquidated damages in the known amount of $12,325.50 and interest in the known

22  amount of $6,825.23.  In addition, the Employer was delinquent for contributions, dues, and other

COMPLAINT FOR BREACH OF
COLLECTIVE BARGAINING AGREEMENT—2

Law Offices of
**Mary L. Stoll**
A Professional Limited Liability Company
2033 Sixth Avenue — Suite 815
Seattle, WA  98121-2573
Telephone 206-623-2855
Fax 206-667-9805

1    wage deductions covering the period April and May 2010, and therefore owes liquidated damages

2    in the known amount of $3,266.33 and interest in the known amount of $222.58.  The total

3    known amount owing as of the filing of this Complaint is $106,713.31, all of which is due and

4    payable under the terms of the Labor Agreement and Trust Agreements.  The Employer's failure

5    to pay is also a violation of § 515 of ERISA, 29 U.S.C. § 1145.

6         7.   The Employer's failure to pay fringe benefit contributions, dues and other wage

7    deductions which continue after the filing of this Complaint violates the Labor Agreement and the

8    Trust Agreements.  The Employer's failure to pay is also a violation of § 515 of ERISA, 29

9    U.S.C. § 1145.

10        8.   The full extent of the Employer's delinquency to the date of this Complaint is unknown

11   at this time and will be determined by an examination of the Employer's payroll records, which

12   examination is authorized by the Trust Agreements, ERISA, 29 U.S.C. §§ 1027 and 1059, and

13   controlling Federal court decisions.  A Request for Production of Records has been issued

14   contemporaneously with this Complaint.

15        9.   The continuing failure of the Employer to pay contributions, dues, and other wage

16   deductions and to file monthly contribution report forms makes the full extent of the Employer's

17   delinquency uncertain and it will be determined at the time of trial.

18        10. The Employer has failed to abide by the terms and conditions set forth in the Labor

19   Agreement and the Trust Agreements and is delinquent in the payment of dues and other wage

20   deductions owing to the Union.

21        11. Under the terms of the Labor Agreement and Trust Agreements to which the Employer

22   is bound, the Employer is also obligated to pay all liquidated damages in the amount of 15 percent

COMPLAINT FOR BREACH OF
COLLECTIVE BARGAINING AGREEMENT—3

**Law Offices of**
**Mary L. Stoll**
A Professional Limited Liability Company
2033 Sixth Avenue — Suite 815
Seattle, WA  98121-2573
Telephone 206-623-2855
Fax 206-667-9805

1    (15%) of the delinquent contributions owing, interest computed at the rate of 15 percent (15%)

2    per annum, and costs and expenses incurred, including reasonable attorney's fees.

3        12. If judgment is entered by default, a reasonable attorney's fee as of the date of this

4    Complaint is $950.00.

5        WHEREFORE, Plaintiffs pray for the following relief:

6    (a)    Judgment against Northwest Barrier, LLC covering the period June through
            December 2010 in the amount of $84,074.07 representing fringe benefit
7            contributions, dues, and other wage deductions; and for the period April through
            December 2010, $15,591.83 representing liquidated damages, and $7,047.81
8            representing interest;

9    (b)    Judgment against Northwest Barrier, LLC representing contributions, dues, and
            other wage deductions, liquidated damages, and interest in an amount to be
10           determined at the time of trial;

11   (c)    All costs and attorney's fees incurred; and

12   (d)    Such other relief as the Court deems just and equitable.

13
        DATED May 4, 2011
14

15
                                s/ Mary L. Stoll
16                              Mary L. Stoll, WSBA No. 16446
                                Law Offices of Mary L. Stoll, PLLC
17                              2033 Sixth Avenue — Suite 815
                                Seattle WA  98121-2573
18                              Telephone 206-623-2855
                                Fax 206-667-9805
19                              Email marys@mlstoll-law.com

20

21

22

                                                    **Law Offices of**
                                                    **Mary L. Stoll**
                                                    A Professional Limited Liability Company
COMPLAINT FOR BREACH OF                             2033 Sixth Avenue — Suite 815
COLLECTIVE BARGAINING AGREEMENT—4                   Seattle, WA  98121-2573
                                                    Telephone 206-623-2855
                                                    Fax 206-667-9805