# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| NORTHWEST LABORERS-EMPLOYERS HEALTH & SECURITY TRUST,<br><br>Plaintiff,<br><br>v.<br><br>NORTHWEST BARRIER LLC,<br><br>Defendant. | CASE NO. 2:11-CV-00758-MJP<br><br>ORDER TO SHOW CAUSE |

The Court is in receipt of Plaintiff's Motion for Order of Default (Dkt. No. 5) and has reviewed Plaintiff's Declaration of Service (Dkt. No. 3) referenced in the Declaration in Support of Motion for Order of Default (Dkt. No. 6).

PLAINTIFF IS ORDERED TO SHOW CAUSE in writing why the Motion for Order of Default should not be denied for lack of proper service.

The Declaration of Service indicates that service was made upon an unknown John Doe, "a person of suitable age and discretion," at the address in Tenino, Washington listed for the registered agent of the defendant corporation. Dkt. No. 3. The summons filed in the above-

entitled action lists the "Registered Agent" for Defendant as a woman (Nancy Gorman). FRCP 4(h) requires service upon a corporation to be effected upon an authorized agent (FRCP 4(h)(1)(B)) or "following state law for serving a summons in an action brought in courts of general jurisdiction." FRCP 4(e)(1).

Since it is obvious (having served an unknown man) that service was not made upon Ms. Gorman, Defendant's registered agent, Plaintiff shall demonstrate in writing (not to exceed 3 pages) whether its service upon the John Doe complied with state law for serving a summons brought in a court of general jurisdiction in the State of Washington.

Plaintiff's response to this OSC shall be filed with the Court no later than **June _22_, 2011**.

The clerk is ordered to provide copies of this order to all counsel.

Dated this _13th_ day of June, 2011.

Marsha J. Pechman
United States District Judge