# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| NORTHWEST LABORERS-EMPLOYERS HEALTH & SECURITY TRUST, | CASE NO. 2:11-CV-00758-MJP |
|---|---|
| Plaintiff, | MINUTE ORDER |
| v. | |
| NORTHWEST BARRIER LLC, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable Marsha J. Pechman, United States District Judge:

At the request of counsel, an extension of time to file the joint status report is granted. The report will be due on **September 30, 2011**. All other FRCP 26-related dates are adjusted accordingly. Failure to adhere to these deadlines may result in sanctions, up to and including dismissal of this action.

The clerk is ordered to provide copies of this order to all counsel.

Filed this _19th_ day of July, 2011.

                                              William M. McCool
                                              Clerk of Court

                                              s/Mary Duett
                                              Deputy Clerk